B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>ESTRADA, Patricia L. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>xxx-xx-0992 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1928 Foster Avenue<br>Evanston, IL<br>ZIP Code: 60201 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)     Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): ESTRADA, Patricia L. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** /s/ David S. Yen     October 16, 2012 <br> Signature of Attorney for Debtor(s)     (Date) <br> David S. Yen |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

         _____
         (Name of landlord that obtained judgment)

         _____
         (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
ESTRADA, Patricia L.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Patricia L. ESTRADA
Signature of Debtor  Patricia L. ESTRADA

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

October 16, 2012
Date

### Signature of Attorney*

X /s/ David S. Yen
Signature of Attorney for Debtor(s)

David S. Yen ARDC No. 6194700
Printed Name of Attorney for Debtor(s)

LAF
Firm Name

120 S. LaSalle Street
Suite 900
Chicago, IL 60603
Address

312-341-1070
Telephone Number

October 16, 2012
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Patricia L. ESTRADA                                      Case No.
                        Debtor(s)                               Chapter    13

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  /s/ Patricia L. ESTRADA
                     Patricia L. ESTRADA

Date:  October 16, 2012

# United States Bankruptcy Court
## Northern District of Illinois

In re   Patricia L. ESTRADA                                    Case No.
                          Debtor(s)                            Chapter   13

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept            $       0.00
   Prior to the filing of this statement I have received  $       0.00
   Balance Due                                            $       0.00

2. $ 0.00  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor       ■ Other (specify):    Attorney's normal salary from LAFMC

4. The source of compensation to be paid to me is:

   ☐ Debtor       ■ Other (specify):    Attorney's normal salary from LAFMC

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Adversary proceedings seeking (1) undue hardship discharge of student loans under 11 U.S.C. § 523(a)(8), or (2) eviction of any tenants of debtor.. If requested, LAFMC may represent debtor in non-bankruptcy matters according to LAFMC priority guidelines; however, this will require a separate decision.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  October 16, 2012                    /s/ David S. Yen
                                            David S. Yen
                                            LAF
                                            120 S. LaSalle Street
                                            Suite 900
                                            Chicago, IL 60603
                                            312-341-1070

## ACUERDO PARA SERVICIOS DE ABOGADO

Yo, _Patricia Estrada_, por la presente, autorizo al personal de la Fundación de Asistencia Legal del Área Metropolitana de Chicago ("LAF" por sus siglas en inglés) para que me represente, en la capacidad de abogados, en relación a: _salvar la/mi casa_____, ante _banco rota_____.

(indique el tribunal o la agencia)

Tengo Entendido que:

- **LAF no estará de acuerdo en representarme hasta que un empleado de LAF firme este acuerdo en la linea indicada al fondo de esta página.**

- LAF considerará, entre otras cosas, la naturaleza de mi problema, los hechos de mi caso, y la capacidad de LAF para representarme.

- Si mi caso es aceptado, es solamente para la representación arriba descrita o específicamente limitada de acuerdo con los términos en la sección aquí abajo designada como "Circunstancias Especiales.

- Si más adelante representación adicional es necesaria, tal como una apelación, la decisión de que LAF me represente será hecha una vez que sea necesaria (vease al dorso para más detalles).

- Si fallo en cumplir con cualquiera de las siguientes estipulaciones, LAF puede retirar la representación (vease al dorso para más detalles).

- LAF puede asignar a trabajar en mi caso a un paralegal o a un estudiante en derecho pero, en todo caso, el manejo de mi caso será supervisado por un abogado.

Yo estoy de acuerdo en:
- cooperar totalmente con LAF
- decir la verdad sobre mi caso
- ayudar a LAF a obtener toda la información relacionada a mi caso
- dar a LAF información exacta de mis ingresos y bienes
- notificar prontamente a LAF de cualquier cambio de dirección y número de teléfono
- Cumplir con todas las citas fijadas de corte y todas las citas con LAF

No firme este acuerdo hasta que lo haya leído, o se lo hayan explicado, y usted comprende y está de acuerdo con sus términos.

Firma: _Patricia Estrada_
(Cliente)
Fecha: _10-16-12_

LAF está de acuerdo en:
- mantener confidencial la información acerca de mi caso, conforme a las reglas éticas para abogados
- mantenerme informado de cualquier desarrollo importante de mi caso, y responder a cualquier solicitud razonable relacionada a mi caso
- consultar conmigo antes de efectuar cualquier decisión significativa o acuerdo en mi caso
- que yo no tendré que pagar honorarios de abogado a LAF por la representación especificada arriba

LAF está de acuerdo en representarme bajo los términos establecidos en este acuerdo.

Firma: _[signature]_
(Abogado o Paralegal de LAF)
Fecha: _10-16-12_

Firma: _____
(Abogado Supervisor, cuando un Paralegal es asignado al caso)
Fecha: _____

CIRCUNSTANCIAS ESPECIALES
_____
_____
_____
_____

El dorso de este acuerdo especifica sus derechos y responsabilidades en más detalle.

**La Revelación de Información A Otros**

Yo doy mi autorización a LAF (por sus siglas en ingles) de revelar información relacionada a mí o relacionada a mi problema legal a personas apropiadas, pero solamente cuando sea necesario para representarme debidamente o para que LAF pueda cumplir con las leyes federales o estatales.

Yo entiendo que si se entabla una demanda en el Tribunal en mi nombre, en muchas instancias, la ley federal requiere que LAF revele: 1) mi nombre y dirección; 2) el nombre y dirección del adversario; 3) una descripción breve de los reclamos en el caso; 4) el nombre y dirección del tribunal en donde el caso es entablado y el número del caso. Esta información podrá ser disponible al publico en general.

**Gastos Relacionados a los Cobros de la Corte**

Tengo entendido que al autorizar a LAF para entablar una demanda en el tribunal o defenderme en el tribunal quizá yo tenga que pagar ciertos gastos, designados como "gastos de corte" que serán incurridos para representarme adecuadamente. Estos gastos incluyen tal como cuotas para archivar documentos en corte, cuotas de citación, cuotas de testigos, gastos de imprimir o fotocopias, gastos de estenógrafo y transcripciones, gastos de testigos expertos, u otros gastos que la corte conceda. LAF me informará de antemano, lo mejor que pueda, de la cantidad de dinero que sea necesario para estas cuotas o gastos.

Entiendo que LAF quizá pueda pagar por adelantado estos gastos por mí y que LAF tratará de obtener reembolso de mi adversario sobre estos gastos. Pero, si LAF paga por adelantado estos gastos por mí y a mí me es concedido dinero al final del caso para estos gastos, yo estoy de acuerdo en que la cantidad que LAF pagó por mí sea pagada directamente a LAF y no a mí. Si mi problema legal se resuelve fuera del tribunal, entonces LAF tratará de que mi adversario pague los gastos como parte del acuerdo.

Si LAF paga por adelantado los gastos de la corte, y si a LAF no se le es reembolsado este dinero por mi adversario, y a mí me es concedido dinero por el tribunal que no incluye los gastos de corte, entonces yo estoy de acuerdo en pagar a LAF estos gastos de corte del dinero concedido a mí por el tribunal. Si a LAF no le paga estos gastos mi adversario, y a mí no me es concedido ningún dinero por el tribunal o por acuerdo, entonces yo estoy de acuerdo en que debo pagar a LAF de mi propio dinero por cualquier gasto de la corte que haya sido pagado con mi aprobación, a menos que mis recursos no me lo permitan.

**Honorarios de Abogados**

**LAF no me cobrará por su trabajo legal.**

Tengo entendido que al representarme LAF invierte dinero y tiempo por el trabajo efectuada por los abogados, paralegales y estudiantes de derecho empleados por LAF. Quizá también LAF pague dinero por llamadas telefónicas, gastos de correo, y servicios de entrega, y viajes necesarios. Estos gastos son designados como "gastos de abogados" o como "honorarios de abogados" y los cuales LAF podrá ser reembolsado en ciertas circunstancias.

Si mi adversario o su abogado es penalizado por archivar documentos legales falsos, por perseguir litigación frívola o con el proposito de acosar, por falta de investigación de su caso, o por violar cualquier estatuto de la ley o reglas de la corte o éticas, entonces LAF puede tener derecho a una Orden del Tribunal para ser reembolsada por honorarios de abogados debido a la conducta de mi adversario o de su abogado. Si esto ocurre, yo estoy de acuerdo que los honorarios de abogados deben ser pagados directamente a LAF y no a mi; pero, tales honorarios de abogados no incluiría ningún dinero concedido a mí como recompensa por los daños sufridos personalmente debido a tal conducta ilegal o no ética.

Aún cuando yo gane mi caso en el tribunal o que éste sea resuelto fuera del tribunal debido a la ley federal vigente, LAF quizás no pueda pedirle al tribunal que obligue a mi adversario a pagar los honorarios de abogados o de retenerlos si es que son concedidos, o tratar de obtener que mi adversario pague los honorarios de abogados por medio de un convenio. Entiendo también que de ser así quizás será más difícil para que mi adversario llegue a un acuerdo. Si, en el futuro, LAF puede solicitar y retener los honorarios de abogados por trabajar en mi problema legal, yo autorizo a LAF para que solicite y retenga dichos gastos, según sean ordenados por un tribunal o por medio de un acuerdo.

**Procedimientos de Queja**

Cualquier persona que tenga queja acerca del servicio que se le haya prestado tiene derecho a que se le revise su queja de acuerdo con las siguientes reglas:

Al iniciar la queja, un Abogado Supervisor revisará la queja y intentará resolver el problema. Si el problema no se resuelve en la revista inicial a la satisfacción de la persona quien la inicio, el Abogado Supervisor notificará a la persona que puede solicitar que su queja sea revisada por el Director Ejecutivo, o por alguna persona designada por el Director Ejecutivo.

En todo caso que el Director Ejecutivo no pueda resolver su queja, el Director Ejecutivo notificará a la persona que puede solicitar que su queja sea revisada por una comisión de la Junta de Directores de LAF.

Todas las quejas serán revisadas dentro de un período de tiempo razonable después de haberse iniciado, pero deben ser revisadas dentro de 60 días a partir de cuando se inició la queja.

**Terminación de este Acuerdo**

Este Acuerdo es para un caso, o una tarea o un asunto especifico. Cuando el caso se termine o el asunto se resuelva, este Acuerdo también termina. Si el cliente tiene otro problema legal diferente, o si es necesario apelar, se requiere someter una nueva solicitud para servicios.

**Como puede el cliente dar por terminado este Acuerdo**

Yo, el cliente, puedo terminar este acuerdo en cualquier momento notificando a LAF, por escrito, que no quiero sus servicios o que ya no tengo interés en el caso. A veces el tribunal puede requerir que yo consiga su aprobación para hacer esto. Si termino este acuerdo, LAF no tiene que conseguir otro abogado que me represente.

**Como puede LAF dar por terminado este Acuerdo**

LAF puede terminar este acuerdo antes que se termine mi problema legal por una o más de las siguientes razones:
- LAF no me puede localizar.
- No me comunico con LAF cuando me lo piden o si no continúo cooperando con mi(s) abogado(s) de LAF.
- Mi situación económica ya no me permite ser elegible para los servicios bajo las guías establecidas por LAF.
- No obedezco una orden del tribunal, la cual LAF me ha aconsejado obedecer.
- LAF decide que no sería ético continuar representándome.
- Más trabajo en el caso sería solamente con el propósito de atormentar o dañar a otra persona.
- Si hay otras razones por las cuales LAF no puede continuar con mi representación, LAF me informará de estas razones.

Después de que LAF inicie representación en mi caso puede retirarse del caso, pero LAF tiene que informarme antes de intentar hacerlo. notificación tiene que ser por escrito y enviada por correo a mi última dirección conocida.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                                                                Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  Patricia L. ESTRADA  
Debtor(s)

Case No.  
Chapter  13

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b) OF THE BANKRUPTCY CODE

**Certification of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Patricia L. ESTRADA            X  /s/ Patricia L. ESTRADA            October 16, 2012  
Printed Name(s) of Debtor(s)        Signature of Debtor                Date

Case No. (if known)            X  
                    Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

```
BMO Harris Bank
111 W. Monroe Street
Chicago, IL 60603


Ehrenberg & Egan LLC
321 N. Clark St, Suite 1470
Chicago, IL 60654


Uptown Habitat for Humanity Inc
Jennifer Parks Reg'd Agent
2201 S. Halsted St, Suite 1261
Chicago, IL 60608


Uptown Habitat for Humanity Inc
1920 S. Laflin
Chicago, IL 60608


Windy City Habitat for Humanity Inc
Jennifer Parks Reg'd Agent
2201 S. Halsted St, Suite 1261
Chicago, IL 60608
```